SEALED

PHILLIP A. TALBERT
Acting United States Attorney
TIMOTHY H. DELGADO
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

FILED
SEP 1 6 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

In the Matter of the Search of:

Three USPS Priority Mail Parcels, delivered to the U.S. Post Office branch located at 2163 Aldengate Way, Hayward, CA 94545, by Joshua Szlachciuk, and shipped on September 6, 2016

CASE NO. 2:16-SW-00574 CKD

SEALING ORDER

**UNDER SEAL**

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: 9/14/2016

Hon. Carolyn K. Delaney
United States Magistrate Judge

SEALING ORDER                            1